UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:19-cv-120-MOC-WCM

| | |
|---|---|
| CHRISTOPHER G. MILLER, | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| ANDREW M. SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Government's Motion for Relief from Order and Judgment. (Doc. No. 15).

For good cause having been shown upon Defendant's Motion for Relief from Order and Judgment under Fed. R. Civ. P. 60(b)(1), it is hereby ORDERED that the Order of August 3, 2020 (Doc. No. 12) and Judgment of August 3, 2020 (Doc. No. 13) is hereby **AMENDED** so that the last paragraph in the Order affirming the judge's Memorandum and Recommendation states that Plaintiff's Motion for Summary Judgment (Doc. No. 7) is **DENIED**, and Defendant's Motion for Summary Judgment (Doc. 9) is **GRANTED**.[1]

**IT IS SO ORDERED.**

Signed: August 17, 2020

Max O. Cogburn Jr
United States District Judge

---

[1] The last paragraph in the Order dated August 3, 2020, was an inadvertent error by the Court.